MORRIS GOLDE and Another, Respondents, v. HERBERT D. WILLIAMS and

Others, Defendants, Impleaded with HERBERT D. WILLIAMS and JOHN HANWAY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.